IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SARAH COWGILL,

          Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

          Defendant.

CV-09-1517-MA

SUPPLEMENTAL JUDGMENT

Based on the Stipulation (#23) of the parties, and the order filed herewith, attorney fees in the amount of $5,796.74 are awarded to plaintiff's attorney, together with costs in the amount of $362.53 and expenses in the amount of $23.33, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.  The Commissioner shall mail the check to plaintiff's attorney, David B. Lowry.

    IT IS SO ORDERED.

    Dated this 22 day of February, 2011.

                                  /s/ Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge

1 - SUPPLEMENTAL JUDGMENT