DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

FILED'11 FEB 22 14:18 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

Sarah Cowgill

        **Plaintiff,**

vs.

**Commissioner of Social Security**
        **Defendant.**

Civil No. 09-cv-1517-MA

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES AND
COSTS

## ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, as discussed in Astrue v. Ratliff, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $5,796.74 and expenses of $23.33 and costs of $362.53, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 22 day of February, 2011.

_Malcolm F. Marsh_
Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223